"The jury find that the defendant as commercial agent for the State of North Carolina, did purchase of John W. Stanly Co., on the 3d day of June, 1780,
One Hhd. rum, 110 galls., at £ 50 ........................... £ 5,500 00 00 On the 27th, 112 lbs. coffee, at £ 10 8 ..................... 1,164 16 00 2 3/4 lbs. of Castile soap, £ 8 ............................. 22 00 00 ------------ Amounting in the whole to .............................. £ 6,686 16 00 ------------ Equal as per scale of depreciation, to .................... £ 89 3 00 And, on July 8th of the same year, 7 hhds. rum, containing 800 galls., at £ 48,000, equal as per scale of depreciation to ........................................ £ 533 6 8 The debit amounting in the whole to ................. £ 622 9 8
"They also find that the said Benjamin Hawkins hath paid to the plaintiff, on the 6th day of July, 1780, a warrant for £ 20,200, equal per scale to £ 224 8 10, and 580 dollars in specie, leaving a balance due to the plaintiff of one hundred and sixty-six pounds and ten pence.
"Whether the law be for the plaintiff or defendant, upon the facts aforesaid, the jury pray the advice of the Court. If the law be for the plaintiff, they find the defendant did assume and assess the plaintiff's damage to one hundred and sixty-six pounds and ten pence; if for the defendant, they find the defendant did not assume."
And at this term the Court, ASHE, J., and WILLIAMS, J., gave judgment for the defendant.
NOTE. — See Hite v. Goodman, 21 N.C. 364; State v. Justices ofMoore, 24 N.C. 435. *Page 37 
(27)